# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

HAROLD JOE BLACK

VERSUS

SUSAN GRIFFIN, ET AL

CIVIL ACTION

NO. 18-686-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 18, 2019, to which an objection was filed (Doc. 37);

**IT IS ORDERED** that Plaintiff's claims under 42 U.S.C. § 1983 against Defendants are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Susan Griffin's Motion to Dismiss (R. Doc. 16) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against all defendants are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that all pending motions (R. Docs. 29, 30, 31, and 32) be DENIED AS MOOT.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 3, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**